# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 17, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128139(37)

GERARD J. WIATER,

     Plaintiff-Appellee,

v

     SC:   128139
     CoA:  250384
     Marquette CC:  03-403316-NO

GREAT LAKES RECOVERY CENTERS, INC.,

     Defendant-Appellant.

_____

     On order of the Chief Justice, the motion by the Michigan Trial Lawyers Association for leave to file a brief *amicus curiae* is considered and it is GRANTED.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 17, 2006

_____
Clerk